**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **GUADALUPE GRANADO** and **MANUEL VEGA**, and **DONALD JOHNSTON**, individually and on behalf of all similarly situated persons,<br><br>       Plaintiffs,<br><br>v.<br><br>**SANDRIDGE ENERGY, INC.**,<br><br>       Defendant. | Case No. 5:22-CV-00516 |

**NOTICE OF SETTLEMENT**

Notice is hereby given that Plaintiffs Guadalupe Granado, Manuel Vega, and Donald Johnston ("Plaintiffs") and Defendant Sandridge Energy, Inc. ("Defendant") (together with Plaintiffs, the "Parties"), have reached a settlement in principle. The Parties are in the process of preparing a written settlement agreement and anticipate filing the appropriate preliminary approval papers within the next thirty (30) days. Therefore, Plaintiffs request that the Court vacate all other deadlines and the pending Motion to Dismiss (ECF No. 23) in this matter based on the Parties' settlement in principle and set a deadline for the motion for preliminary approval to be filed by October 25, 2023.

Dated: September 25, 2023        Respectfully Submitted,


*/s/ William B. Federman*
William B. Federman, OBA #2853
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120

1

Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

David K. Lietz (admitted *pro hac vice*)
**MILBERG        COLEMAN        BRYSON
PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave. NW, Suite 440
Washington, D.C. 20015
Tel: (866) 252-0878
Fax: (202) 686-2877
Email: dlietz@milber.com

*Attorneys for Plaintiffs and the Proposed Class*


## CERTIFICATE OF SERVICE

I hereby certify that on the September 25, 2023, a copy of the foregoing pleading

was filed electronically with the Clerk of Court to be served by operation of the Court's

electronic filing system to all counsel of record.


*/s/ William B. Federman*
William B. Federman