IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GUADALUPE GRANADO, MANUEL VEGA, and DONALD JOHNSTON, individually and on behalf of all similarly situated persons,<br><br>      Plaintiffs,<br><br>v.<br><br>SANDRIDGE ENERGY, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-22-516-SLP<br>)<br>)<br>)<br>) |

**O R D E R**

The Court is in receipt of Plaintiffs' Notice of Settlement [Doc. No. 26], which represents that the parties have reached a settlement in principle and are in the process of preparing a proposed settlement agreement and motion for preliminary settlement approval. Counsel for Plaintiffs states that the parties expect to file the motion for preliminary settlement approval within thirty days. Plaintiffs request a stay of remaining deadlines and that the Court vacate Defendant's pending Motion to Dismiss [Doc. No. 23].

Based on the Notice, the Court hereby orders that the motion for preliminary settlement approval in compliance with Fed. R. Civ. P. 23(e) shall be filed on or before October 25, 2023. No scheduling order has been entered in this case, so there are no deadlines to stay pending the motion for preliminary settlement approval.

Finally, the Notice requests that the Court vacate Defendant's pending Motion to Dismiss [Doc. No. 23], but it is not signed by Defendant's counsel. Defendant is hereby

ordered to file notice with the Court by September 28, 2023 indicating whether or not it intends to withdraw its Motion to Dismiss in light of the parties' settlement in principle. If Defendant notifies the Court that it intends to withdraw the Motion to Dismiss, the Motion will be terminated with leave to refile if the proposed settlement is not approved by the Court.

    IT IS SO ORDERED this 27th day of September, 2023.

                                                SCOTT L. PALK
                                                UNITED STATES DISTRICT JUDGE