UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GUADALUPE GRANADO** and **MANUEL VEGA**, and **DONALD JOHNSTON**, individually and on behalf of all similarly situated persons,<br><br>        Plaintiffs,<br><br>v.<br><br>**SANDRIDGE ENERGY, INC.**,<br><br>        Defendant. | Case No. 5:22-CV-00516<br><br>Hon. Judge Palk |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs Guadalupe Granado, Manuel Vega, and Donald Johnston (collectively, "Plaintiffs"), and Defendant Sandridge Energy, Inc. ("Defendant" or "Sandridge") (together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby move for an extension of time to file a Motion for Preliminary Approval of Class Action Settlement and in support thereof, state as follows:

1. On September 28, 2023, this Court entered an Order (ECF No. 27) (the "Order") requiring the Motion for Preliminary Approval of Class Action Settlement to be filed on or before October 25, 2023.

2. Since the Order, Counsel for the Parties have diligently worked towards meeting this deadline. Specifically, Counsel for the Parties have been actively: (i) negotiating the details of the settlement; (ii) drafting the proposed settlement agreement and accompanying exhibits; (iii) soliciting cost proposals from claims administrators and

1

working with claims administrators to fine tune their proposals; and (iv) communicating with Plaintiffs and Defendant regarding the terms of the settlement. However, despite the best efforts of the Parties, additional time is needed to gather signatures for the Settlement Agreement.

3. Both Parties agree an extension of time is necessary to finalize the Settlement Agreement and the Motion for Preliminary Approval.

4. A prior extension of time for this purpose has not been previously requested and the requested extension will not impact previously scheduled deadlines.

5. The Parties request the deadline for the submission of the Motion for Preliminary Approval of Class Action Settlement be extended until on or before **November 3, 2023.**

Dated: October 25, 2023                                              Respectfully submitted,

*/s/: Jill H. Fertel*                                                               */s/: William B. Federman*
Jill H. Fertel, Esquire (Pro Hac Vice)                          William B. Federman, OBA #2853
Cipriani & Werner, P.C.                                             **FEDERMAN & SHERWOOD**
450 Sentry Parkway – Suite 200                                10205 N. Pennsylvania Ave.
Blue Bell, PA 19422                                                    Oklahoma City, Oklahoma 73120
Telephone: (610) 567-0700                                       (405) 235-1560
jfertel@c-wlaw.com                                                   (405) 239-2112 (facsimile)
                                                                                   wbf@federmanlaw.com
**GORDON & REES, LLP**                                      *Counsel for Plaintiffs and the Class*
ROBERT A. BRAGALONE, OBA #31898
101 Park Avenue, Suite 1300
Oklahoma City, OK  73102
214.231-4714 (Direct Phone)
214.461.4053 (Fax)
BBragalone@grsm.com

and

ROBERT B. HOUSTON, OBA #14751
101 Park Avenue, Suite 1300
Oklahoma City, OK  73102
Phone: (405) 808-5420
Direct Dial Fax: (214) 461-5053
BHouston@grsm.com
***Counsel for Defendant***