IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GUADALUPE GRANADO, MANUEL VEGA, and DONALD JOHNSTON, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE ENERGY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-22-516-SLP<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

Before the Court is the parties' Joint Motion for Extension of Time [Doc. No. 30], which seeks to extend the deadline for the parties to file a motion for preliminary settlement approval from October 25, 2023 to November 3, 2023. Upon review, the Motion is GRANTED. The Court hereby orders that the motion for preliminary settlement approval in compliance with Fed. R. Civ. P. 23(e) shall be filed on or before November 3, 2023.

IT IS SO ORDERED this 26th day of October, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE