UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GUADALUPE GRANADO, MANUEL VEGA**, and **DONALD JOHNSTON**, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**SANDRIDGE ENERGY, INC.**,<br><br>Defendant. | Case No. 5:22-CV-00516<br><br>Hon. Judge Palk |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Guadalupe Granado, Manuel Vega, and Donald Johnston (collectively, "Plaintiffs"), individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying a class for purposes of Settlement; (iii) appointing Plaintiffs as Class Representatives; (iv) appointing William B. Federman of Federman & Sherwood and David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel; (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; (vii) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiffs; and (viii) granting such other relief and further relief as the Court deems just and proper.

1

Defendant Sandridge Energy, Inc. does not oppose the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and its exhibits thereto, including the Settlement Agreement and Release; and all prior pleadings and proceedings properly before the Court.

Dated: November 3, 2023                             Respectfully submitted,


                                                    /s/: William B. Federman
                                                    William B. Federman (OBA # 2853)
                                                    **FEDERMAN & SHERWOOD**
                                                    10205 N. Pennsylvania Ave.
                                                    Oklahoma City, OK 73120
                                                    Telephone: (405) 235-1560
                                                    wbf@federmanlaw.com

                                                    David K. Lietz (admitted *pro hac vice*)
                                                    **MILBERG COLEMAN BRYSON**
                                                    **PHILLIPS GROSSMAN, PLLC**
                                                    5335 Wisconsin Ave. NW, Suite 440
                                                    Washington, D.C. 20015
                                                    Tel: (866) 252-0878
                                                    Fax: (202) 686-2877
                                                    Email: dlietz@milberg.com

                                                    ***Counsel for Plaintiffs and the Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/: *William B. Federman*
William B. Federman