UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GUADALUPE GRANADO, MANUEL VEGA**, and **DONALD JOHNSTON**, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**SANDRIDGE ENERGY, INC.**,<br><br>Defendant. | Case No. 5:22-CV-00516-AMG<br><br>Magistrate Judge Amanda Maxfield Green |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
EXPENSES, AND SERVICE AWARDS**

PLEASE TAKE NOTICE that Plaintiffs Guadalupe Granado, Manuel Vega, and Donald Johnston (collectively, "Plaintiffs"), upon the accompanying Memorandum of Law in Support Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards, the Declaration of William B. Federman in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards, and all prior pleadings and proceedings had herein, Plaintiffs move this Court for entry of an Order awarding attorneys' fees in the amount of $200,000.00, which equates to one-third of the Settlement Fund, reimbursement of litigation expenses in the amount of $12,142.88, and service awards to Plaintiffs in the amount of $2,500.00 each ($7,500.00 total).

Dated: June 24, 2024							Respectfully submitted,

/s/: William B. Federman
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave. NW, Suite 440
Washington, D.C. 20015
Tel: (866) 252-0878
Fax: (202) 686-2877
Email: dlietz@milberg.com

***Counsel for Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

This is to certify that on June 24 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/: William B. Federman
William B. Federman