UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GUADALUPE GRANADO, MANUEL VEGA**, and **DONALD JOHNSTON**, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**SANDRIDGE ENERGY, INC.**,<br><br>Defendant. | Case No. 5:22-CV-00516 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

PLEASE TAKE NOTICE that Plaintiffs Guadalupe Granado, Manuel Vega, and Donald Johnston (collectively, "Plaintiffs"), individually and on behalf of the Settlement Class move this Court pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) finally certifying a class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims.

This Motion is based on (i) the Memorandum of Law in Support Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, filed concurrently herewith; (ii) the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, filed concurrently herewith; (iii) all prior pleadings and proceedings had herein; (iv) arguments of counsel; and (v) any other matters properly before the Court.

For the reasons described in Plaintiffs' Memorandum of Law in support of this Motion, Plaintiffs respectfully request that this Court grant the Motion and enter the proposed Order and proposed Judgment.

Dated: August 2, 2024

Respectfully submitted,

/s/: *William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave. NW, Suite 440
Washington, D.C. 20015
Tel: (866) 252-0878
Fax: (202) 686-2877
Email: dlietz@milberg.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *William B. Federman*
William B. Federman