IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GUADALUPE GRANADO, MANUEL VEGA, and DONALD JOHNSTON, individually and on behalf of all similarly situated persons,<br><br>  Plaintiffs,<br><br>v.<br><br>SANDRIDGE ENGERY, INC.,<br><br>  Defendant. | Case No. CIV-22-516-AMG |

## FINAL APPROVAL ORDER AND JUDGMENT

Before the Court is Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and brief in support, (Docs. 44, 45), and Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards and brief in support, (Docs. 39, 40). Plaintiffs' attorney William B. Federman has filed Declarations in support of both motions, which the Court has considered. (Docs. 41, 45-2).

This Court granted preliminary approval of the parties' Class Settlement Agreement[1] on April 9, 2024. (Doc. 38). Notice to the Settlement Class Members was provided in accordance with the Preliminary Approval Order, providing an opportunity for Settlement Class Members to either receive benefits under the Class Settlement Agreement, file a Request for Exclusion ("Opt-out"), or submit objections. (*See* Doc. 38,

---

[1] Capitalized terms used in this Order and Judgment shall have the definitions assigned to them in the Class Settlement Agreement unless otherwise indicated. (*See* Doc. 34-1).

at 17-18; Doc. 45-1). No Settlement Class Members submitted an objection and no Settlement Class Members submitted a Request for Exclusion. (Doc. 45-1).

The parties appeared before the Court on August 16, 2024, for a Final Approval Hearing. Having considered the motions and all supporting documents, the Class Settlement Agreement and Release, and the parties' statements to the Court at the Final Approval Hearing, the Court **GRANTS** final approval of the Class Settlement Agreement, and hereby **FINDS and ORDERS** as follows for purposes of settlement only:

1. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Settlement Class Members with respect to the following class, which is hereby certified, meeting all requirements under Rule 23 of the Federal Rules of Civil Procedure:

> all persons Sandridge identified as being among those individuals impacted by the Data Incident, including all who were sent a notice of the Data Incident.

(*See* Doc. 38, at 6; Doc. 34-1, at 12). Excluded from the Settlement Class are: (i) any judge presiding over this matter and any members of their first-degree relatives; (ii) judicial staff; (iii) Sandridge's officers, directors, and members; and (iv) Settlement Class Members who submit a valid Request for Exclusion before the Opt-Out Deadline. (*Id.*)

2. The Court has considered all factors under Rule 23 of the Federal Rules of Civil Procedure and related Tenth Circuit case law, and the Court hereby fully, finally, and unconditionally approves the Class Settlement Agreement as being a fair, reasonable, and adequate settlement and compromise of the claims asserted in the Litigation.

3.     A declaration of the Settlement Administrator's compliance with the Class Notice process has been filed with the Court. (Doc. 45-1). The Class Notice process as set forth in the Class Settlement Agreement and ordered in the Preliminary Approval Order constitutes the best notice practicable under the circumstances and constitutes valid, due, and sufficient notice to all Settlement Class Members in accordance with the requirements of Federal Rule of Civil Procedure 23(c)(2).

4.     The Class Members have been given proper and adequate notice of the Class Settlement Agreement, Final Approval Hearing, and Class Counsel's application for attorneys' fees, expenses, and the service awards to the Settlement Class representatives.

5.     The Court hereby orders that the Class Settlement Agreement shall be implemented in accordance with its terms and conditions pursuant to the Class Settlement Agreement.

6.     After considering Plaintiff's Motion (Docs. 39, 40), and in accordance with the Class Settlement Agreement, Settlement Class Counsel is hereby awarded attorneys' fees in the amount of $200,000 and reimbursement of litigation expenses in the amount of $12,142.88, to be paid as specified in the Class Settlement Agreement.

7.     After considering Plaintiff's Motion (Docs. 39, 40), and in accordance with the Class Settlement Agreement, Settlement Class representatives are hereby awarded $2,500 each, for a total of $7,500, to be paid as specified in the Class Settlement Agreement.

8.     Upon the Effective Date, the Litigation shall be, and hereby is dismissed with prejudice in its entirety as to Defendant, with each party to bear its own costs and attorneys'

fees, except as provided in the Class Settlement Agreement, and all claims of the Settlement Class Members shall be, and hereby are, dismissed and released pursuant to the Class Settlement Agreement.

9.     Each Settlement Class Member is bound by this Final Approval Order and Judgment, including, without limitation, the release of certain claims against the Released Parties as set forth in the Class Settlement Agreement, which includes as follows:

> all causes of action and claims for relief that have been asserted, or could have been asserted, by any Settlement Class Member, including Representative Plaintiffs, against any of the Released Parties based on, relating to, concerning, or arising out of the Incident, and the allegations, facts, or circumstances described in the Complaint and the Litigation including, but not limited to negligence; negligence *per se*; breach of contract; breach of implied contract; breach of fiduciary duty; breach of confidence; invasion of privacy; misrepresentation (whether fraudulent, negligent or innocent); unjust enrichment; bailment; wantonness; failure to provide adequate notice pursuant to any breach notification statute or common law duty; and including any claims for relief including, but not limited to, any and all claims for damages, injunctive relief, disgorgement, declaratory relief, equitable relief, attorneys' fees and expenses, pre-judgment interest, credit monitoring services, the creation of a fund for future damages, statutory damages, punitive damages, special damages, exemplary damages, restitution, the appointment of a receiver, and any other form of relief.

(Doc. 34-1, at 10).

10.    The Court has considered all the documents filed in support of the Class Settlement Agreement, and has fully considered all matters raised, all exhibits and affidavits filed, all evidence received at the Final Approval Hearing, all other papers and documents comprising the record herein, and all oral arguments presented to the Court.

11.    This Final Approval Order and Judgment, and the Class Settlement Agreement, and all papers related thereto, are not, and shall not be construed to be, an

admission by the Defendant of any liability, claim or wrongdoing in this Litigation or in any other proceeding.

12. In the event that the Class Settlement Agreement does not become effective in accordance with the Class Settlement Agreement, then this Final Approval Order and Judgment shall be rendered null and void to the extent provided by and in accordance with the Class Settlement Agreement and shall be vacated, and in such event, all orders entered in connection herewith shall be null and void to the extent provided by and in accordance with the Class Settlement Agreement.

13. Without affecting the finality of this Final Approval Order and Judgment in any way, the Court will retain jurisdiction over the subject matter and the parties with respect to the interpretation and implementation of the Class Settlement Agreement for all purposes, including enforcement of its terms at the request of any party and resolution of any disputes that may arise from the implementation of the Class Settlement Agreement or this Final Approval Order and Judgment.

IT IS SO ORDERED this 16th day of August, 2024.

*Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE